of the Penal Law. (*People* v. *Morris*, 12 N. Y. Supp. 492, not officially reported; *People* v. *Taleisnik*, 225 N. Y. 489; *People* v. *Page*, 162 id. 272.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ALEX PIERCEY CO., INC., Plaintiff, v. PETER MULKIEWICZ, Appellant, and JOSEPH SZCZESNY, Respondent.— On consent, motion for stay of trial granted upon condition that appellant perfect the appeal for Monday, March second (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. WERNER, Appellant.— Motion for stay granted. Appeal to be heard on Monday, March 2, 1931. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

IDA M. ALSBERG, Respondent, v. GEORGE W. MASON, Defendant. WILLIAM J. DURANT, Intervenor, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. (*Bamberger & Co., Inc.*, v. *Partnow*, 225 App. Div. 886.). Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of PAUL KAHAN, an Attorney and Counselor at Law.— Matter remitted to the Bar Association for further investigation, respondent to explain to the Bar Association why he did not appear at the hearings. In the meantime, the proceeding is adjourned. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of MARK RUDICH, a City Magistrate.— See memorandum.* Young, Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

THEODORE ALIBRANDI and LUCCIANO MINUTILLO, Copartners Doing Business under the Firm Name and Style of ALIBRANDI & MINUTILLO, Respondents, v. VICTOR SEABERG, Appellant.— Order denying defendant's motion to vacate judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

PAUL M. BEACOM, Respondent, v. AMERICAN INK COMPANY, Appellant.— Judgment and order denying motion to set aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

J. LOUIS BLOOM & SONS, INC., Appellant, v. F. G. INVESTING COMPANY, INC., Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. We are of opinion that the weight of the credible evidence establishes that the plaintiff accepted the $30,000 of participating certificates in the mortgage on the Sullivan county property upon the basis of the quantity of land mortgaged, consisting of 4,000 acres, whereas the actual quantity does not exceed 3,000 acres. It is immaterial whether the defendant intended to defraud in representing the quantity of land as consisting of 4,000 acres, which representation, we conclude, the present record establishes, and that the plaintiff, in reliance thereon, accepted said certificates as part consideration for its property. (See *Paine* v. *Upton*, 87 N. Y. 327; *Belknap* v. *Sealey*, 14 id. 143.) " An action may be maintained in equity to rescind a transaction

---

.* Withheld from publication by direction of the Court.— [REP,